UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN RICHARD MOORES NELSON,

        Petitioner,

v.

DANIEL WHITE,

        Respondent.

Case No. C22-5363-BJR-MLP

ORDER

Based on Respondent's Motion for Extension of Time to file an Answer (dkt. # 10), and that Petitioner has filed no opposition, it is hereby ORDERED that Respondent shall have up to and including September 2, 2022, to file an answer to the petition.

The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 28th day of July, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1