UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AUSTIN RICHARD MOORES NELSON,

        Petitioner,

v.

DANIEL WHITE,

        Respondent.

Case No. C22-5363-BJR-MLP

ORDER

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner's response to Respondent's answer to Petitioner's habeas petition is currently due September 26, 2022. Petitioner has filed a motion seeking an extension of time until October 28, 2022, to file his response. (Dkt. # 15.) Respondent has filed a response to Petitioner's motion in which he indicates that he does not object to the requested extension. (Dkt. # 17.) As Petitioner's request appears reasonable, the Court GRANTS Petitioner's unopposed motion for an extension of time (dkt. # 15), and ORDERS Petitioner to file his response on or before **October 28, 2022**. Respondent's answer to Petitioner's petition (dkt. # 12) is RE-NOTED on the Court's calendar for consideration on **November 4, 2022**. Any reply brief is due by that date.

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 21st day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2