UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN RICHARD MOORES NELSON,

    Petitioner,

    v.

DANIEL WHITE,

    Respondent.

Case No. C22-5363-BJR-MLP

ORDER

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner's response to Respondent's answer to Petitioner's habeas petition was due October 28, 2022. (Dkt. # 18.) On October 26, 2022, Petitioner filed a motion seeking an extension of time until December 15, 2022, to file his response. (Dkt. # 21.) Petitioner included a declaration from a fellow inmate who states he "has been assisting [Petitioner] with his legal work for the past 3 months" but "can no longer assist him[.]" (Dkt. # 22 at ¶¶ 2-3.) Respondent did not file any response to Petitioner's motion.

As Petitioner's request appears reasonable, the Court GRANTS Petitioner's unopposed motion for an extension of time (dkt. # 21), and ORDERS Petitioner to file his response on or before **December 15, 2022**. Respondent's answer to Petitioner's petition (dkt. # 12) is RE-

ORDER - 1

NOTED on the Court's calendar for consideration on **December 23, 2022**. Any reply brief is due by that date.

The Clerk is directed to send copies of this order to the parties and to the Honorable Barbara J. Rothstein.

Dated this 7th day of November, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2