UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN RICHARD MOORES NELSON,

           Petitioner,

   v.

DANIEL WHITE,

           Respondent.

Case No. C22-5363-BJR-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record; and Petitioner having failed to file objections to that Report and Recommendation by the prescribed deadline, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's amended petition for writ of habeas corpus (dkt. # 7) is DENIED and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER - 1

The Clerk is directed to send copies of this Order to the parties and to Honorable Michelle L. Peterson.

**DATED** this 30th day of March, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2